JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARLO JUN MAGTIBAY GUINTO, ) | Case No.: 5:23-cv-01026-JDE |
| ) | |
| Plaintiff, ) | |
| vs. ) | JUDGMENT OF REMAND |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The Court having approved the parties' Stipulation to Voluntary Remand (Dkt. 13, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 02, 2023

JOHN D. EARLY
United States Magistrate Judge